UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHANIAL LEE KEETCH,

     Petitioner,

 v.

JASON F. WALKER,

     Respondent.

CASE NO. 3:21-cv-05899-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR:  February 25, 2022

  The District Court has referred this petition for a writ of habeas corpus to Chief United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

  Petitioner initiated this matter on December 13, 2021. Dkt. 1. On December 21, 2021, after conducting an initial review, this Court declined to serve the petition because petitioner did not provide sufficient allegations to show that he had presented his claims at each level of state court or that he could not litigate his claims in state court. Dkt. 3. The Court directed petitioner to

show cause or file an amended petition. Dkt. 3. The Court informed petitioner that if he failed to comply with the Court's order or to correct the deficiencies in his petition, the Court would recommend that the action be dismissed without prejudice. *Id.* at 2. Plaintiff has not responded to the Court's order or taken any other action. Therefore, the Court recommends dismissal of this matter without prejudice for failure to comply with a Court order and for failure to prosecute. No certificate of appealability should issue.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on February 25, 2022, as noted in the caption.

Dated this 8th day of February, 2022.

J. Richard Creatura
Chief United States Magistrate Judge