UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHANIAL LEE KEETCH,

           Petitioner,

v.

JASON F. WALKER,

           Respondent.

CASE NO. 3:21-cv-05899-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for writ of habeas corpus (Dkt. 1) is **DENIED without prejudice**;

(3)    A certificate of appealability is **DENIED**; and

(4)    This case is closed.

\\

\\

ORDER - 1

1   Dated this 15th day of March, 2022.

                                    BENJAMIN H. SETTLE
                                    United States District Judge

ORDER - 2